IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:14CR181** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **EMMANUEL CASTRO-MOLINA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion of defendant Emmanuel Castro-Molina (Castro-Molina) for an extension of the pretrial motion deadline (Filing No. 16). The motion does not comply with NECrimR 12.1 (a) and paragraph 9 of the Progression Order (Filing No. 10) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1)   Has been advised by counsel of the reasons for seeking a continuance;
(2)   Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3)   With this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 16) is :

( X )   Held in abeyance pending compliance with NECrimR 12.1(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before July 3, 2014**, the motion will be deemed withdrawn and termed on the docket.

(   )   Denied.

**IT IS SO ORDERED.**

DATED this 27th day of June, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge